# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANTOLLA CAMPOS, | Case No. SACV 15-0926-CAS (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

Under the Order Granting Motion to Dismiss, Summarily Dismissing Petition, and Referring Petition to Ninth Circuit Court of Appeals,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 9/3/15

*(signed)* Christina A. Snyder

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE